The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SOKPOLEAK NAK,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES CITIZENSHIP<br>AND IMMIGRATION SERVICES,<br><br>    Defendant. | No. C13-1076-RAJ<br><br>ORDER |

    This matter comes before the court on defendant's motion for order remanding plaintiff's naturalization application to USCIS. Dkt. # 8. Plaintiff agrees that this case should be remanded, but asks the court to require USCIS to adjudicate the issuance of a decision on the application within 60 days of this order. Dkt. # 9. Plaintiff also asks this court to retain jurisdiction of this case and continue these proceedings without further briefing for 70 days from the date of the order. *Id.* Plaintiff has not provided any legal authority that would authorize the court to remand the action back to USCIS, and at the same time keep this case active, and the court has found none. Rather, if plaintiff disagrees with the agency's decision on his application, he may return to this court after a hearing before an immigration officer pursuant to 8 U.S.C. § 1421(c) for review of that decision.

ORDER - 1

For all the foregoing reasons, the court GRANTS defendant's motion to remand plaintiff's naturalization application to USCIS.  The court also believes the timeframe requested by plaintiff is appropriate. Accordingly, USCIS shall adjudicate and issue a decision on the application within 60 days of this order.

Dated this 19th day of December, 2013.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge