Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# TACOMA, WASHINGTON

| | |
|---|---|
| SOKPOLEAK NAK,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICE, an Agency of the United States Government,<br><br>Defendant. | NO.: 2:13-cv-01076-RAJ<br><br>ORDER |

Upon consideration of the *Plaintiff's Motion For Attorney's Fees* and Defendant's non-opposition to the motion, the Court hereby **GRANTS** the Plaintiff's motion. Dkt # 11. Defendant shall pay the amount of $2,644.32 to Plaintiff's attorney.

It is SO ORDERED

DATED this 28th day of February, 2014.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge